UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LISA HALL,<br><br>                    Plaintiff,<br><br>-against-<br><br>CRESTWOOD LAKE SECTION 8 HOLDING CORPORATION; WOODNER COMPANY; BARRY TIMMONS; ALEXANDRIA HERCULES; JONATHAN WOODNER,<br><br>                    Defendants. | 24 **CIVIL** 3657 (LTS)<br><br>**CIVIL JUDGMENT** |

   For the reasons stated in the Court's Order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 20, 2024
         New York, New York

                                        /s/ Laura Taylor Swain
                                       LAURA TAYLOR SWAIN
                                       Chief United States District Judge